JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUMBS UP RANCH, LLC, an Oklahoma limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>CAVORTEX TECHNOLOGY INTERNATIONAL LLC, a Delaware limited liability company; RAYMOND MICHAEL SMITH, individually, a California resident; and CAROL A. SMITH, individually, a California resident,<br><br>        Defendants. | Case No.: 8:20-cv-02381-JLS-JDE<br><br>**JUDGMENT** |

        The Court having reviewed the Stipulation for Judgment (Doc. 62) filed by

the parties hereto, and good cause appearing hereby enters judgment

in favor of Plaintiff THUMBS UP RANCH, LLC against Defendants

CAVORTEX TECHNOLOGY INTERNATIONAL LLC; RAYMOND

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

MICHAEL SMITH; and CAROL A. SMITH, jointly and severally, on the fourth count of the complaint (breach of loan agreement) as follows:

- Damages of **$500,000;**
- Prejudgment interest at 8% per annum commencing on August 1, 2018, in the sum of **$143,360;**
- Attorney's fees and costs as determined by motion and cost bill.

All other claims, causes of action and counts set forth in the Complaint are dismissed with prejudice.

IT IS SO ORDERED

Dated:  March 29, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE